UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 2 3 2004

**FILED**

KARL V. FARMER,

    Plaintiff,

v.

NEAL D. GOLDMAN and
POLAROID CORPORATION,

    Defendants.

CIVIL ACTION NO. _____

## NOTICE OF REMOVAL

To: The Honorable Judges
of the United States District Court
for the District of New Hampshire

In accordance with 28 U.S.C. §§ 1331, 1332, 1441 & 1446, and with 29 U.S.C. § 1132, Defendants Neal D. Goldman ("Goldman") and Polaroid Corporation (Polaroid") hereby remove to this Court the civil action known as Farmer v. Goldman, Rockingham Dkt. No. 04-C-878 (N.H. Super. Ct.), on the following grounds:

1. On October 8, 2004, Plaintiff Karl V. Farmer ("Farmer") commenced this action in Rockingham Superior Court.

2. On October 26, 2004, Farmer served Polaroid by leaving at the office of its New Hampshire agent for service of process, CT Corporation, a copy of Receipt of Writ of Summons (the "Writ"). A copy of the Writ is attached in accordance with 28 U.S.C. § 1446(a). No other process, pleading, or order has been served on Polaroid.

3. Goldman received a copy of the Writ from Polaroid on or around November 4, 2004. No process, pleading, or order has been served on Goldman.

4. This Court has original jurisdiction of the subject matter of this action, as follows: (a) The Writ alleges that Defendants "fraudulently deceived Polaroid employees," and that "as the benefits plan administrator Neal Goldman breached his fiduciary responsibility," which allegedly "caused the loss of" medical and other benefits under employee benefit plans — a claim completely preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C § 1132 et seq, see Aetna Health, Inc. v. Davila, ___ U.S. ___, 124 S. Ct. 2488 (2004); and (b) Complete diversity exists between Plaintiff and Defendants where Farmer is a citizen of New Hampshire allegedly residing in Hampstead, Goldman is a citizen of Massachusetts residing in Marlborough, and Polaroid a corporation which has been incorporated under the laws of Delaware and has its principal place of business in Massachusetts, and the amount in controversy exceeds $75,000.

5. In accordance with 28 U.S.C. § 1446(b), this notice is being filed within thirty days of service of process on Polaroid.

6. In accordance with 28 U.S.C. § 1446(d), Defendants are simultaneously giving written notice of removal to Farmer and filing a copy of this notice with the clerk of Rockingham Superior Court.

                              NEAL D. GOLDMAN

                              By his attorney,

                              /s/ Russell Beck
                              Russell Beck, N.H. Bar No. 14362
                                Epstein Becker & Green, P.C.
                                111 Huntington Avenue
                                Boston, Massachusetts 02131
                              (617) 342-4000

                              POLAROID CORPORATION

                              By its attorney,

                              /s/ Jon Meyer
                              Jon Meyer, N.H. Bar No. 1744
                                Backus, Myer, Solomon & Branch, LLP
                                116 Lowell Street, P.O. Box 516
                                Manchester, NH 03105
                              (603) 668-7272

Dated: November 23, 2004

# Merrimack County Sheriff's Office
### 163 North Main St.
### Concord, NH 03301
### Phone: 603-225-5583

POLAROID CORPORATION
29 SCHOOL ST
CONCORD, NH 03301

MERRIMACK, SS                                      DATE: October 26, 2004

            *1:05 PM*
    I, DEPUTY NEAL A STONE, this day at ~~02:00pm~~, summoned the within named
defendant POLAROID CORPORATION by leaving at the office of CT Corporation,
29 School Street, Concord, said County and State of New Hampshire, its true
and lawful agent for the service of process under and by virtue of Chapter
293-A, NH RSA as amended, a true and attested copy of this RECEIPT OF WRIT.

FEES

Service:       15.00
Misc.:
    Postage     1.00
    Travel      0.00

TOTAL:         16.00

_____, Deputy Sheriff
DEPUTY NEAL A STONE

# THE STATE OF NEW HAMPSHIRE

**ROCKINGHAM, SS.**                                                      **SUPERIOR COURT**

## RECEIPT OF WRIT

**DATE: October 8, 2004**
**DOCKET NUMBER: 04-C-878**

Karl V. Farmer

Vs.

Neal D. Goldman
Polaroid Corporation

The writ in the above-captioned matter was filed with the Clerk of this Court on: <u>October 8, 2004 at 2:52pm.</u>

The plaintiff or his/her attorney is to attach a copy of this receipt to identical copies of the original writ and deliver them to the Sheriff or other legally authorized entity for service on each named defendant. Sufficient copies shall be provided to allow for a service copy for each named defendant and a copy for each officer completing service to complete the return.

The return copies shall be filed with the court in accordance with *Superior Court Rule 3.*

By Order of the Court

*[signature]*

Raymond W. Taylor, Clerk of Court
Rockingham Superior Court
P.O. Box 1258
Kingston, N.H. 03848-1258
Tel. (603) 642-5256

RWT/kmd

# The State of New Hampshire

ROCKINGHAM COUNTY — SUPERIOR COURT

ROCKINGHAM SUPERIOR COURT
October 6, 2004

2004 OCT -8 A 2:52

"For use only in an action wherein Karl V Farmer is plaintiff and Neal D Goldman & Polaroid Corporation are defendants."

( ) COURT
( ) JURY

## WRIT OF SUMMONS

KARL V. FARMER
30 SAWYER RD.
HAMPSTEAD, NH 03841

v.

NEAL D. GOLDMAN
6 CARROLL DR
WESTBOROUGH, MA 01581

AND

POLAROID CORPORATION
784 MEMORIAL DR
CAMBRIDGE, MA 02139

The Sheriff or Deputy of any County is ordered to summon each defendant to file a written appearance with the Superior Court at the address listed below by the return day of this writ which is the first Tuesday of DECEMBER, 2004.

The PLAINTIFF(S) state(s): BETWEEN JULY 2001 AND OCTOBER 2001 NEAL GOLDMAN AND POLAROID CORPORATION PURPOSELY AND FRAUDULENTLY DECEIVED POLAROID EMPLOYEES. AND AS THE BENEFITS PLAN ADMINISTRATOR NEAL GOLDMAN BREECHED HIS FIDUCIARY RESPONSIBILITY. THE CORPORATE INFORMATION GIVEN AND ANSWERS TO QUESTIONS BY NEAL GOLDMAN AT CORPORATE MEETINGS, THE DECEPTION AND OMISSION OF CORRECTIVE ACTION OR VALID INFORMATION CAUSED THE PLAINTIFF TO MAKE A LIFE CHANGING DECISION THAT CAUSED THE LOSS OF INSURANCE, WAGES, MEDICAL PREMIUMS AND PRESCRIPTION COSTS, TOTAL $250, ALSO DEALING WITH FINANCIAL PENALTIES FOR RETIREMENT FUNDS. TRIPLE DAMAGES SHOULD BE and the Plaintiff(s) claim(s) damages within the jurisdictional limits of this Court.

DATE OF WRIT: 10/8/04

INDORSER (sign and print name)

### NOTICE TO THE DEFENDANT

The Plaintiff listed above has begun legal action against you. You do not have to physically appear in Court on the return day listed above since there will be no hearing on that day. However, if you intend to contest this matter, you or your attorney must file a written appearance form with the Clerk's Office by that date. (Appearance forms may be obtained from the Clerk's Office.) You will then receive notice from the Court of all proceedings concerning this case. If you fail to file an appearance by the return day, judgment will be entered against you for a sum of money which you will then be obligated to pay.

Witness, Robert J. Lynn, Chief Justice, Superior Court.

Raymond W. Taylor, Clerk
NH Superior Court Rockingham County
10 Route 125
Brentwood, NH
Mailing Address:
P.O. Box 1258
Kingston, NH 03848-1258
(603) 642-5256

SIGNATURE OF PLAINTIFF/ATTORNEY

KARL V FARMER
PRINTED/TYPED NAME

30 SAWYER RD
ADDRESS

HAMPSTEAD, NH 03841 / 603 329 1165
PHONE

213-003-6

## EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

111 HUNTINGTON AVENUE
26TH FLOOR
BOSTON, MA 02199-7610
617.342.4000
FAX: 617.342.4001
EBGLAW.COM

November 23, 2004

Mr. Karl V. Farmer
30 Sawyer Road
Hampstead, NH 03841

    Re: <u>Farmer v. Goldman</u>

Dear Mr. Farmer:

Enclosed please find the following:

1. Notice of Removal;

2. Civil Action Cover Sheet;

3. Notice of Filing Notice of Removal; and

4. November 23, 2004 letter to Rockingham Superior Court clerk's office.

                            Very truly yours,

                            *MICHAEL ANTNELY*

                            Michael R. Pontrelli

Enclosures (4)

CERTIFIED MAIL/RETURN RECEIPT REQUESTED # 7004 0750 0000 8738 6168

ATLANTA • BOSTON • CHICAGO • DALLAS • HOUSTON • LOS ANGELES
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

BO:137340v1       EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KARL V. FARMER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEAL D. GOLDMAN and )<br>POLAROID CORPORATION, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. _____ |

## NOTICE OF REMOVAL

To: The Honorable Judges
of the United States District Court
for the District of New Hampshire

In accordance with 28 U.S.C. §§ 1331, 1332, 1441 & 1446, and with 29 U.S.C. § 1132, Defendants Neal D. Goldman ("Goldman") and Polaroid Corporation (Polaroid") hereby remove to this Court the civil action known as Farmer v. Goldman, Rockingham Dkt. No. 04-C-878 (N.H. Super. Ct.), on the following grounds:

1. On October 8, 2004, Plaintiff Karl V. Farmer ("Farmer") commenced this action in Rockingham Superior Court.

2. On October 26, 2004, Farmer served Polaroid by leaving at the office of its New Hampshire agent for service of process, CT Corporation, a copy of Receipt of Writ of Summons (the "Writ"). A copy of the Writ is attached in accordance with 28 U.S.C. § 1446(a). No other process, pleading, or order has been served on Polaroid.

3. Goldman received a copy of the Writ from Polaroid on or around November 4, 2004. No process, pleading, or order has been served on Goldman.

4. This Court has original jurisdiction of the subject matter of this action, as follows: (a) The Writ alleges that Defendants "fraudulently deceived Polaroid employees," and that "as the benefits plan administrator Neal Goldman breached his fiduciary responsibility," which allegedly "caused the loss of" medical and other benefits under employee benefit plans — a claim completely preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C § 1132 et seq, see Aetna Health, Inc. v. Davila, ___ U.S. ___, 124 S. Ct. 2488 (2004); and (b) Complete diversity exists between Plaintiff and Defendants where Farmer is a citizen of New Hampshire allegedly residing in Hampstead, Goldman is a citizen of Massachusetts residing in Marlborough, and Polaroid a corporation which has been incorporated under the laws of Delaware and has its principal place of business in Massachusetts, and the amount in controversy exceeds $75,000.

5. In accordance with 28 U.S.C. § 1446(b), this notice is being filed within thirty days of service of process on Polaroid.

6. In accordance with 28 U.S.C. § 1446(d), Defendants are simultaneously giving written notice of removal to Farmer and filing a copy of this notice with the clerk of Rockingham Superior Court.

NEAL D. GOLDMAN

By his attorney,

/s/ Russell Beck
Russell Beck, N.H. Bar No. 14362
  Epstein Becker & Green, P.C.
  111 Huntington Avenue
  Boston, Massachusetts 02131
  (617) 342-4000


POLAROID CORPORATION

By its attorney,

/s/ Jon Meyer
Jon Meyer, N.H. Bar No. 1744
  Backus, Myer, Solomon & Branch, LLP
  116 Lowell Street, P.O. Box 516
  Manchester, NH 03105
  (603) 668-7272

Dated: November 23, 2004

3

# Merrimack County Sheriff's Office
163 North Main St.
Concord, NH 03301
Phone: 603-225-5583

POLAROID CORPORATION
29 SCHOOL ST
CONCORD, NH 03301

MERRIMACK, SS                                         DATE: October 26, 2004

12:05 PM

    I, DEPUTY NEAL A STONE, this day at ~~02:00pm~~, summoned the within named defendant POLAROID CORPORATION by leaving at the office of CT Corporation, 29 School Street, Concord, said County and State of New Hampshire, its true and lawful agent for the service of process under and by virtue of Chapter 293-A, NH RSA as amended, a true and attested copy of this RECEIPT OF WRIT.

FEES

| | |
|---|---|
| Service: | 15.00 |
| Misc.: | |
|    Postage | 1.00 |
|    Travel | 0.00 |
| TOTAL: | 16.00 |

_____, Deputy Sheriff
DEPUTY NEAL A STONE

# THE STATE OF NEW HAMPSHIRE

**ROCKINGHAM, SS.**                                                                 **SUPERIOR COURT**

## RECEIPT OF WRIT

**DATE:** October 8, 2004
**DOCKET NUMBER:** 04-C-878

Karl V. Farmer

Vs.

Neal D. Goldman
Polaroid Corporation

The writ in the above-captioned matter was filed with the Clerk of this Court on: October 8, 2004 at 2:52pm.

The plaintiff or his/her attorney is to attach a copy of this receipt to identical copies of the original writ and deliver them to the Sheriff or other legally authorized entity for service on each named defendant. Sufficient copies shall be provided to allow for a service copy for each named defendant and a copy for each officer completing service to complete the return.

The return copies shall be filed with the court in accordance with *Superior Court Rule 3*.

By Order of the Court

*[signature]*

Raymond W. Taylor, Clerk of Court
Rockingham Superior Court
P.O. Box 1258
Kingston, N.H. 03848-1258
Tel. (603) 642-5256

RWT/kmd

# The State of New Hampshire

ROCKINGHAM COUNTY SUPERIOR COURT

ROCKINGHAM SUPERIOR COURT
October 6, 2004
2004-06-Int-Stf-Ang-521

"For use only in an action wherein Karl V Farmer is plaintiff and Neal D Goldman & Polaroid Corporation are defendants."

( ) COURT
( ) JURY

## WRIT OF SUMMONS

KARL V. FARMER
30 SAWYER RD.
HAMPSTEAD, NH 03841

v.

NEAL D. GOLDMAN
6 CARROLL DR
WESTBOROUGH, MA 01581

AND

POLAROID CORPORATION
784 MEMORIAL DR.
CAMBRIDGE, MA 02139

The Sheriff or Deputy of any County is ordered to summon each defendant to file a written appearance with the Superior Court at the address listed below by the return day of this writ which is the first Tuesday of DECEMBER, 2004.

YEAR        MONTH

The PLAINTIFF(S) state(s): BETWEEN JULY 2001 AND OCTOBER 2001 NEAL GOLDMAN AND POLAROID CORPORATION PURPOSELY AND FRAUDULENTLY DECEIVED POLAROID EMPLOYEES. AND AS THE BENEFITS PLAN ADMINISTRATOR NEAL GOLDMAN BREECHED HIS FIDUCIARY RESPONSIBILITY. THE CORPORATE INFORMATION GIVEN AND ANSWERS TO QUESTIONS BY NEAL GOLDMAN AT CORPORATE MEETINGS, THE DECEPTION AND OMISSION OF CORRECTIVE ACTION OR VALID INFORMATION CAUSED THIS PLAINTIFF TO MAKE A LIFE CHANGING DECISION THAT CAUSED THE LOSS OF SEVERANCE, WAGES, MEDICAL PREMIUMS AND PRESCRIPTION COSTS, TOTAL $250, AND EARLY WITHDRAWAL PENALTIES FOR RETIREMENT FUNDS. TRIPLE DAMAGES SHOULD BE and the Plaintiff(s) claim(s) damages within the jurisdictional limits of this Court.

INDORSER (sign and print name)

DATE OF WRIT: 10/8/04

### NOTICE TO THE DEFENDANT

The Plaintiff listed above has begun legal action against you. You do not have to physically appear in Court on the return day listed above since there will be no hearing on that day. However, if you intend to contest this matter, you or your attorney must file a written appearance form with the Clerk's Office by that date. (Appearance forms may be obtained from the Clerk's Office.) You will then receive notice from the Court of all proceedings concerning this case. If you fail to file an appearance by the return day, judgment will be entered against you for a sum of money which you will then be obligated to pay.

Witness, Robert J. Lynn, Chief Justice, Superior Court.

Raymond W. Taylor, Clerk
NH Superior Court Rockingham County
10 Route 125
Brentwood, NH

Mailing Address:
P.O. Box 1258
Kingston, NH 03848-1258
(603) 642-5256

SIGNATURE OF PLAINTIFF/ATTORNEY

KARL V FARMER
PRINTED/TYPED NAME

30 SAWYER RD
ADDRESS

HAMPSTEAD, NH 03841 / 603 329 1165
PHONE

# CIVIL COVER SHEET

JS 44 (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
KARL V. FARMER

**DEFENDANTS**
NEAL D. GOLDMAN and POLAROID CORPORATION

(b) County of Residence of First Listed Plaintiff  **Rockingham, NH**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
Russell Beck (for Neal D. Goldman)
Epstein Becker & Green, P.C. (617)342-4000
111 Huntington Ave. Boston, MA 02199

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

29 U.S.C. sec. 1132 (claim for employee benefits)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 250,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  11/22/04
SIGNATURE OF ATTORNEY OF RECORD  /s/ Russell Beck

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

THE STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS.                                      SUPERIOR COURT
                                                     DOCKET NUMBER: 04-C-878

KARL V. FARMER,                        )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )
                                       )
NEAL D. GOLDMAN and                    )
POLAROID CORPORATION,                  )
                                       )
            Defendants.                )

## NOTICE OF FILING NOTICE OF REMOVAL

To:   Civil Clerk of Court
      New Hampshire Superior Court, Rockingham County
      10 Route 125
      Brentwood, NH 03833-6202

Notice is hereby given, in accordance with 28 U.S.C. § 1446(d), that the Defendants Neal D. Goldman and Polaroid Corporation have removed this action to the United States District Court for the District of New Hampshire. A copy of the Notice of Removal is attached.

NEAL D. GOLDMAN

By his attorney,

*[signature]*

Russell Beck, N.H. Bar No. 14362
Epstein Becker & Green, P.C.
111 Huntington Avenue
Boston, Massachusetts 02131
(617) 342-4000

POLAROID CORPORATION

By its attorney,

*[signature]* (w/consent RB)

Jon Meyer, N.H. Bar No. 1744
Backus, Myer, Solomon & Branch, LLP
116 Lowell Street, P.O. Box 516
Manchester, NH 03105
(603) 668-7272

Dated: November 23, 2004

2

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

111 HUNTINGTON AVENUE
26TH FLOOR
BOSTON, MA 02199-7610
617.342.4000
FAX: 617.342.4001
EBGLAW.COM

November 23, 2004

<u>OVERNIGHT DELIVERY</u>

Civil Clerk's Office
Rockingham Superior Court
10 Route 125
Brentwood, NH 03833-6202

    Re:  Farmer v. Goldman,
          Docket. No. 04-C-878

Dear Sir or Madam:

    I enclose for filing in connection with this action a Notice of Filing Notice of Removal.

    In connection with the removal of this matter, please provide us with a certified copy of all existing pleadings and docket entries in this case to date, including the enclosed notice. Please advise me of any costs incurred in processing this request and payment will be made immediately.

    Thank you for your cooperation.

                                  Very truly yours,

                                  Russell Beck

Enclosure

cc:  Jeffrey Pyle, Esq. (w/encl.)
      Karl V. Farmer (w/encl.)

ATLANTA · BOSTON · CHICAGO · DALLAS · HOUSTON · LOS ANGELES
NEWARK · NEW YORK · SAN FRANCISCO · STAMFORD · WASHINGTON, D.C.

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

BO:137326v1

THE STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS.                                 SUPERIOR COURT
                                                DOCKET NUMBER: 04-C-878

KARL V. FARMER,                    )
                                   )
          Plaintiff,               )
                                   )
v.                                 )
                                   )
NEAL D. GOLDMAN and                )
POLAROID CORPORATION,              )
                                   )
          Defendants.              )
                                   )

## NOTICE OF FILING NOTICE OF REMOVAL

To:   Civil Clerk of Court
      New Hampshire Superior Court, Rockingham County
      10 Route 125
      Brentwood, NH 03833-6202

Notice is hereby given, in accordance with 28 U.S.C. § 1446(d), that the Defendants Neal D. Goldman and Polaroid Corporation have removed this action to the United States District Court for the District of New Hampshire. A copy of the Notice of Removal is attached.

NEAL D. GOLDMAN

By his attorney,

*[signature]*

Russell Beck, N.H. Bar No. 14362
Epstein Becker & Green, P.C.
111 Huntington Avenue
Boston, Massachusetts 02131
(617) 342-4000

POLAROID CORPORATION

By its attorney,

*[signature] (w/consent RB)*

Jon Meyer, N.H. Bar No. 1744
Backus, Myer, Solomon & Branch, LLP
116 Lowell Street, P.O. Box 516
Manchester, NH 03105
(603) 668-7272

Dated: November 23, 2004

2