UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KARL V. FARMER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:05-cv-10117-RGS |
| NEAL D. GOLDMAN, | ) ) ) | |
| Defendant. | ) ) ) | |

**<u>NOTICE OF CHANGE OF FIRM</u>**

Notice is hereby given that the undersigned counsel, formerly of Epstein Becker & Green, P.C., joined Foley & Lardner LLP as of February 1, 2005.  Counsel's street address, telephone and facsimile numbers remain unchanged, as set forth below.

NEAL D. GOLDMAN

By his attorney,


/s/ Russell Beck
Russell Beck, BBO No. 561031
 Foley & Lardner, LLP
 111 Huntington Avenue
 Boston, Massachusetts 02199
 (617) 342-4000

Dated: February 3, 2005

Certificate of Service

I, Russell Beck, hereby certify that on February 3, 2005, a true and accurate copy of the foregoing document was served by first class mail, postage prepaid by mail on the following:

KARL V. FARMER, *pro se*
30 Sawyer Road
 Hampstead, NH 03841

/s/ Russell Beck
Russell Beck