UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARL V. FARMER,<br><br>   Plaintiff,<br><br>v.<br><br>NEAL D. GOLDMAN,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)   NO. 1:05-cv-10117-RGS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael R. Pontrelli, of Foley & Lardner LLP, hereby enters his appearance as counsel for Defendant Neal D. Goldman.

            NEAL D. GOLDMAN

            By his attorney,


            /s/ Michael R. Pontrelli
            Michael R. Pontrelli, BBO No. 549194
             Foley & Lardner LLP
             111 Huntington Avenue
             Boston, Massachusetts 02199
             (617) 342-4000


Dated: February 3, 2005

<u>Certificate of Service</u>

  I, Michael R. Pontrelli, hereby certify that on February 3, 2005, a true and accurate copy of the foregoing document was served by first class mail, postage prepaid by mail on the following:

  KARL V. FARMER, *pro se*
  30 Sawyer Road
  Hampstead, NH 03841

              /s/ Michael R. Pontrelli
              Michael R. Pontrelli