UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARL V. FARMER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEAL D. GOLDMAN,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　NO. 1:05-cv-10117-RGS<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF WITHDRAWAL</u>**

PLEASE TAKE NOTICE that Russell Beck of Foley & Lardner LLP, hereby withdraws as counsel for Defendant Neal D. Goldman.

　　　　　　　　　　　　　　　　NEAL D. GOLDMAN

　　　　　　　　　　　　　　　　By his attorney,


　　　　　　　　　　　　　　　　/s/ Russell Beck
　　　　　　　　　　　　　　　　Russell Beck, BBO No. 561031
　　　　　　　　　　　　　　　　 Foley & Lardner, LLP
　　　　　　　　　　　　　　　　 111 Huntington Avenue
　　　　　　　　　　　　　　　　 Boston, Massachusetts 02199
　　　　　　　　　　　　　　　　 (617) 342-4000


Dated: February 3, 2005

<u>Certificate of Service</u>

I, Russell Beck, hereby certify that on February 3, 2005, a true and accurate copy of the foregoing document was served by first class mail, postage prepaid by mail on the following:

KARL V. FARMER, *pro se*
30 Sawyer Road
 Hampstead, NH 03841

/s/ Russell Beck
Russell Beck