FILED
CLERKS OFFICE

2005 APR -5  A 11: 58

U.S. DISTRICT COURT
DISTRICT OF MASS

April 3, 2005
30 Sawyer Road
Hampstead, NH 03841

Tony Anastas, Clerk
U.S. District Court
One Courthouse Way
Boston, MA 02110

Re:  Case No.: 1:05-cv-10117-RGS, Karl Farmer v. Neal Goldman

First may I apologize for any omissions and/or procedural issues that I may have caused in filing this case *pro se*. This is my first.

I have enclosed a copy of the severance notice as evidence for my case.

I am also requesting the ability to communicate with the court and the defendant via ECF (electronic case filing).

My email address is farmerkv@hotmail.com, the operating system I use is Windows XP, with Invinsus antivirus and firewall protection programs.

If there are any other requirements or if this is not acceptable please inform me by U.S. mail at the above address.

Thank you for your consideration,

Very truly yours,



Karl V Farmer, *pro se*

Enclosures

Cc    Michael R. Pontrelli
      Foley & Lardner LLP
      111 Huntington Ave.
      Boston, MA 02199

| | | | | |
|---|---|---|---|---|
| Prepared for **Farmer, Karl V** | EmplID# 011642C | Div: A5 | Dept: Q03 | Bldg: BED1 |
| Date of Birth & Age<br>01/28/47    54.70 | Plan Svc Date & Yrs<br>07/01/71    30.27 | Orig Hire Date<br>07/01/71 | Job Title<br>Cust Serv Mgr Sr | Exit Date<br>09/28/01 |

I.  If you are eligible for the program, and you have signed the Acceptance Form at the end of the Letter Agreement, your severance payment is equal to $34,541.70 before taxes and deductions. Your severance will be paid to you in a stream of bi-weekly payments beginning the month following termination.

Figures shown below are estimates and are before taxes .
Your severance calculation is based upon biweekly pay rate as of 09/20/01  (actual will be the rate as of termination date).

   *Bi-weekly rate divided by 10 equals One Day of Pay:*
   $2,852.80 divided by 10 equals $285.28

   *One Day of Pay times 4 equals Four Days of Pay:*
   $285.28  times 4 equals $1,141.12

   *Four Days of Pay times Plan Service Years equals Severance amount:*
   $1,141.12 times 30.27 equals $34,541.70

   This severance amount will be payable in 12 bi-weekly payment(s) of $2,852.80 plus a final payment of $308.10 .

II. Your vested Polaroid Pension Plan lump sum single payment is $181,705 as of 6/30/01.  This is also available as an immediate monthly income of $1,135.  This is effective the first of the month following termination, payable for life, but stops at your death with no survivor benefit.  You may also choose a reduced monthly benefit of $1,055 payble to you for life with half of that amount continuing to your spouse should he/she out live you.  **If you are married, your spouse must agree to any pension payout that does not include a spouse's survivor benefit.**  You may also wait until age 55 to begin receiving a lifetime pension amount of $1,767 per month, or a lump sum of $282,750, as calculated under the pension formula in effect as of 12/31/97.  This lump sum is based on the 2001 conversion factors that change annually.  These are estimates.  Final calculations are made after your termination has been processed.

   (Under federal government regulations that apply to this plan, the table used to convert cash balance lump sums to monthly income amounts and the age 55 lifetime income amount to a lump sum, changes each year.  Future tables will result in higher or lower amounts than those shown as an immediate lifetime income and the age 55 lump sum.)

III. Information about your Polaroid Retirement Savings Plan current balance, including your ESOP stock, can be obtained by calling Fidelity Benefits Connection at 1-800-210-4015.  You may also discuss distribution options with Fidelity.

For further details concerning 2001/2002 Severance Program, please call the Human Resources Service Center at 781-386-5000.