UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARL V. FARMER, <br><br> Plaintiff, <br><br> v. <br><br> NEAL D. GOLDMAN, <br><br> Defendant. | Civil Action No. 1:05-cv-10117-RGS |

**ASSENTED-TO MOTION FOR ORDER ESTABLISHING DATE BY WHICH DEFENDANT NEAL GOLDMAN SHALL RESPOND TO AMENDED COMPLAINT**

With the assent of Plaintiff Karl V. Farmer ("Farmer"), Defendant Neal D. Goldman ("Goldman") hereby moves this Court for an order establishing that Goldman may have until April 26, 2005 to answer, move, or otherwise respond to Farmer's amended complaint. In support of this motion, Goldman states as follows:

1. On January 10, 2005, this action was transferred to this Court from the United States District Court for the District of New Hampshire.

2. On March 4, 2005, Farmer filed and served an amended complaint.

3. On March 21, 2005, Farmer filed and served a "re-numbered" amended complaint, which also attached certain missing pages.

4. On April 3, 2005, Farmer filed and served by mail Exhibit A, which was missing from the amended complaint.

5. Farmer and Goldman agree that Goldman may respond to Plaintiff's amended complaint by Tuesday, April 26, 2005.

027.155882.1

2

Based on the foregoing, Goldman requests that the Court grant his motion seeking until April 26, 2005 to answer, move, or otherwise respond to Farmer's amended complaint.

NEAL D. GOLDMAN

By his attorneys,

/s/ Claire S. Bishop
Michael R. Pontrelli (BBO #549194)
Claire S. Bishop (BBO #660363)
 Foley & Lardner LLP
 111 Huntington Avenue
 Boston, MA 02199
 (617) 342-4000

Dated: April 13, 2005