1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KARL V. FARMER, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. ~~1:04-cv-00441-SM~~ |
|  | ) | 05-10117-RGS |
| NEAL D. GOLDMAN | ) | |
| Defendant. | ) | |

## Withdrawal of Motion for Summary Judgment

I hereby withdraw my motion for summary judgment, knowing I can request same in the future if needed.

KARL V. FARMER, pro se

*[signature]*

30 Sawyer Rd.
Hampstead, NH 03841
(603) 329-1165

Dated: June 22, 2005

Cc: to Neal D. Goldman
By his attorney,
Michael R. Pontrelli
Foley & Lardner, LLP
111 Huntington Avenue
Boston, Massachusetts 02131
(617) 342-4000