UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARL V. FARMER, )<br>　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Plaintiff, 　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　v. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　)<br>NEAL D. GOLDMAN, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Defendant. 　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　) | Civil Action No. 1:05-cv-10117-RGS |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Plaintiff Karl Farmer and Defendant Neal Goldman hereby jointly request that the initial Scheduling Conference currently scheduled for August 22, 2005 be continued until a date convenient to the Court after Labor Day, September 5, 2005.

As grounds for this Joint Motion, the parties state:

1.　　Plaintiff Karl Farmer will be returning home from out-of-state travel on August 22, 2005.

2.　　Lead counsel for Defendant Neal Goldman will be on vacation during the week of the conference and the following week.

3.　　Associate counsel for Defendant Neal Goldman will be conducting previously scheduled depositions on August 22, 2005.

WHEREFORE, Plaintiff Karl Farmer and Defendant Neal Goldman hereby jointly request that the Pre-Trial Conference currently scheduled for August 22, 2005 be continued until a date convenient to the Court after Labor Day, September 5, 2005.

2

| KARL FARMER | NEAL GOLDMAN |
|---|---|
| | By his attorneys, |
| /s/ Karl Farmer | /s/ Claire Bishop |
| 30 Sawyer Road | Michael Pontrelli (BBO #549194) |
| Hampstead, NH 03841 | Claire Bishop (BBO #660363) |
| (603) 329-1165 | Foley & Lardner LLP |
| | 111 Huntington Avenue |
| | Boston, MA 02199 |
| | (617) 342-4000 |

Dated: July 20, 2005

2

027.165881.1