UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
KARL V. FARMER,                           )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )  Civil Action No. 1:05-cv-10117-RGS
                                          )
NEAL D. GOLDMAN,                          )
                                          )
            Defendant.                    )
                                          )

### STIPULATION OF DISMISSAL

Plaintiff Karl V. Farmer and Defendant Neal D. Goldman hereby stipulate to the dismissal of this action, with prejudice and without costs.

| | |
|---|---|
| KARL V. FARMER | FOLEY & LARDNER, LLP |
| | Attorneys for Defendant |
| | Neal D. Goldman |
| By: *Karl V. Farmer* (signature) | By: *Michael R. Pontrelli* (signature) |
| Karl V. Farmer | Michael Pontrelli (BBO #549194) |
| 30 Sawyer Road | 111 Huntington Avenue |
| Hampstead, NH 03841 | Boston, MA 02199 |
| (603) 329-1165 | (617) 342-4000 |
| Dated: October 21, 2005 | Dated: October 24, 2005 |

BOST_184611.1